**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57145-ERW |
| | § | |
| MELODY B. MITCHELL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 02/28/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/01/2012            By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57145-ERW |
| | § | |
| MELODY B. MITCHELL | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,319.36
*and approved disbursements of* $835.72
*leaving a balance on hand of[1]:* $3,483.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,483.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $877.97 | $0.00 | $877.97 |
| David P. Leibowitz, Trustee Expenses | $10.70 | $0.00 | $10.70 |

Total to be paid for chapter 7 administrative expenses: $888.67
Remaining balance: $2,594.97

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $2,594.97 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,594.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,231.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for WFNNB Harlem Furniture | $1,091.08 | $0.00 | $185.89 |
| 2 | Capital One Bank (USA), N.A. | $5,668.64 | $0.00 | $965.75 |
| 3 | American Express Centurion Bank | $2,214.76 | $0.00 | $377.32 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $2,570.48 | $0.00 | $437.93 |
| 5 | FIA Card Services, NA/Bank of America | $3,686.64 | $0.00 | $628.08 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,594.97 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-57145-ERW
Melody B. Mitchell                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: csimmons    Page 1 of 2    Date Rcvd: Feb 02, 2012
               Form ID: pdf006   Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2012.
```
db         +Melody B. Mitchell,   2741 N. Nordica, 2d Fl.,   Chicago, IL 60707-1710
17010352    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16602642   +Amex,   c/o Bankruptcy Dept,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
16602650    Bank of America,   PO Box 650225,   Dallas, TX 75265-0225
16602644  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   c/o Bankruptcy Dept,   PO Box 85520,
              Richmond, VA 23285)
16932029    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
              Oklahoma City, OK  73124-8839
16602648  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: HSBC/BsBuy,   c/o Bankruptcy Dept,   PO Box 15519,
              Wilmington, DE 19850)
16602651   +Wells Fargo Bank, N.A.,   c/o Pierce & Associates,   1 Dearborn,   Chicago, Illinois 60602-4331
16602649   +Wfnnb/Roomplace,   c/o Bankruptcy Dept,   PO Box 2974,   Shawnee Mission, KS 66201-1374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16842141    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 03 2012 03:30:53
              American InfoSource LP as agent for WFNNB,   as assignee of,   Harlem Furniture,   PO Box 248872,
              Oklahoma City, OK  73124-8872
16602645   +E-mail/Text: Group_Legal@creditunion1.org Feb 03 2012 02:18:10    Credit Union 1,
              Bankruptcy Dept,   200 East Champaign Avenue,   Rantoul, Illinois 61866-2930
17287929    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 03 2012 03:40:58
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
17156378   +E-mail/Text: resurgentbknotifications@resurgent.com Feb 03 2012 02:16:16
              PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16602647     GDYR/CBSD,   Bankruptcy Dept.,   PO Box 6497
16602646*   +Credit Union 1,   Bankruptcy Dept,   200 East Champaign Avenue,   Rantoul, Illinois 61866-2930
16602643  ##+Bank of America,   c/o Bankruptcy Dept,   PO Box 17054,   Wilmington, DE 19850-7054
                                                                           TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**       **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: csimmons              Page 2 of 2              Date Rcvd: Feb 02, 2012
                              Form ID: pdf006             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2012 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Daniel M Moulton    on behalf of Debtor Melody Mitchell rachelrock@sbcglobal.net
        David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Yanick  Polycarpe    on behalf of Creditor   Wells Fargo Bank, N.A. ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                                                                        TOTAL: 5